IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DWIGHT LEE HAMMAN,                           CV. 07-473-MA

        Petitioner,                          ORDER

    v.

JEAN HILL,

        Respondent.

MARSH, Judge

    Petitioner, an inmate at the Snake River Correctional Institution, has filed a *pro se* motion for preliminary injunction seeking an "injunction court order" against law library staff to ensure his ability to "work and correspond [with counsel] with complete confidentiality."

///

///

///

///

///

1 -- ORDER

This court previously appointed counsel to represent petitioner. Accordingly, petitioner's *pro se* motion for injunctive relief (#12) is DENIED, with leave to renew by appointed counsel. <u>See</u> Local Rule 83.9(b).

IT IS SO ORDERED.

DATED this 20__ day of August, 2007.

>                              _/s/  Malcolm F. Marsh_____
>                              Malcolm F. Marsh
>                              United States District Judge

2 -- ORDER